# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

MARVIN WILTON

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, ET AL.

NO.   2019 CW 0966

SEP 3 0 2019

---

In Re:   Marvin Wilton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 675804.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** Relator's pleading, titled "Petition of Habeas Corpus," seeks post-conviction relief; and therefore, pursuant to La. Code Crim. P. art. 925, must be filed in the 14th Judicial District Court in Calcasieu Parish, where relator was convicted of aggravated rape.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT